MARTIN SCHUMACHER, Respondent, v. HENRY GOLDOVSKY and Others, Appel-

lants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.